7th Court Appeals
Amarillo, TX

FILED
MAR 25 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

In Re:
R Wayne Johnson,
Relator-

⊗ VS ⊗

Don Emerson, Potter
County Judge,
Respondent

Cause NO

07-15-00183-CR

PRO-Se
Petition For Writ of MANDAMUS

1) Jurisdiction: 22.221(b) Gov. Code-
2) "Writ-criminal law matter" 2014 TX APP
LEXIS-11146.. (pending criminal hABeas).

Respondent ministerial duty: Rosenthal
98 SW3d 190 -, Culver: 105 SW3d 641..

Writs: Vested Property Right: 111.004(12)
Property Code..

Respondent: Refer him To: StBar Disc-PER
CANON 3(D)(2), -St Comm Judicial Conduct-
ALSO - CANON 3(D)(1) - (Shall-
(pg:2)                                    CANON - 8
                                          "BINDING-
                                              DUTY"

(1)

# TABLE OF CONTENTS
## Rule 52.3 (b)

TABLE OF CONTENTS ... i

INDEX OF AUTHORITIES .. ii

STATEMENT OF CASE .. 1

Issues Presented ..

Summary of Argument ..

ARGUMENT ..

A) : JUDGE HAD <u>MINISTERIAL</u> duty to Appoint Counsel : 26.04 C.C.P. - 15.17 C.C.P. - 1.051 C.C.P.

B) : JUDGE-HAD <u>ministerial</u> duty To ADHERE TO U.S. Sup ct cases : Article 1 - Section 1 - Tx Const

Conclusion : ..

Certificate of Service ..

# * Index of Authorities *

CASES ..
CASTRO .. 998 SW2d 935 ..

CULVER, 105 SW3d 641 ..

EichelBergen, 582 SW2d 395 ..

Gonzales, 945 SW3d 831 ..

Gonzalez, 117 SW3d 831 ..

Gideon, 83 SCt 792 ..

Greenwell, 159 SW3d 645 ..

Kirk, 199 SW3d 467-..

Loudmill. 105 SCt 1483 ..

Rosenthal, 98 SW3d 190 ..

Rothgery, 128 SCt 2578-

Ross, 108 SCt 2273 ..

Prudential, 148 SW3d 124 (Tx) ..

Smith. 333 SW3d 582 ...

JOHNSON, 2014 Tx. App LEXIS -11746 ..

STATUTES; - TX CONST. CODES:

Article 26.04 C.C.P.
Article - 15.17 C.C.P
Article 1.051 C.C.P
Article 16.01 C.C.P ..

Article 1, Sec 1-Tx Con
Article 6. Cl. 2, 3-U.S.
CONST.
Article 1. Sect. 10 Tx Const.

## * Statement of Case *

1) This is a mandamus proceedings, to compel Respondent to perform a min-isterial duty to Appoint counsel in a cri-minal law matter - required by mandAt-ery statutes ("shall") AND this courts - (superior) courts decision IN: Ex Parte Johnson 2014 TX App, LEXIS - 11746..

## * Issues Presented *

2): Whether respondent HAD ministerial duty imposed by law To Appoint counsel to releator in a criminal law matter:

3) Whether respondent HAD ministerial duty to adhere To U.S. Sup Ct decisions, mandated by article 1, Sect 1 - TX Const..

## * Summary of Argument *

3) Relator must Be Appointed counsel in ANY criminal law matter mandated By state statutes, TEXAS, AND U.S. Const..

## * Argument *

1

4) Respondent _HAD_ a ministerial duty to Appoint counsel By mandatory statutes - case laws, state, federal constitution and U.S. Supreme court precedents., enumerated Below.,

## * Facts of Case *

5) Relator filed a Writ of HABeas Corpus; sent it direct to respondent. He has To date not given it To the clerk, to fill - so she can assign it a number - plus Serve the D.A.., - Since criminal law matter., 2.01 CCP

6) Relator's cover letter informed respondent he had to Appoint counsel - By state laws, - MANDATORY AND ADVISED ALSO he would violate St Bar Disciplinary Rules 5.05(b), - 8.101(b), - to allow relator To file legal work - a - VOID act, Against public policy = AS well as a crimes - 38.12, 36.04 Penal Code

7) As of _this_ date of mailing, he ASSumes he's "at liberty to ignore the law" - But he's not.,

(2)

8) As the pending Writ shows, Relator lost good-time (liberty) SANS AN attorney - all U.S Supreme Court cases _proving_ (Since 1967-) one must hAVe counsel to forfeit good-time- coupled with the fact that (4) cases Beg TO CJ were _crimes_; thus _NO_ Jurisdiction-only _Judiciary_- AND ~~this courts~~ ruling in _Johnson,_ 2014 Tx App LEXIS-11746 held- _first_ time TN Texas, - loss of good time- _is_ _criminal law_ matter.. AROSE _from_ his criminal sentence.

## * ARguments/AUthorities *

9) Respondent has a ministerial-duty imposed by _mandatory_ statutes (shall) to Appoint counsel: Article 26. 04 C.C.P "shall _Appoint counsel_"; ALSO- article 1.051 C.C.P, - AND article 15.17 C.C.P _criminal cases_: ( 4-disciplinaries _were_ _crimes_ - thus, Jury trial- denied. AS- well as: "magistrate w/-in; 48 hrs t Be Advised of right TO AN atty, remain silent,

(3)

EXAMINE trial - article 16.01 C.C.P.

A) Rothgery, 128 S. Ct. 2578 - 83 - Appear-ance before Judicial officer marks point of Adversary, proceedings, triggering Right to an attorney."

10) Gideon, 83 S. Ct. 792 (1963) atty criminal case." Gonzales, 117 SW3d 831 - 36. - atty's in criminal." 26.04 C.C.P, - 1.051 C.C.P, - article 1 - Sect 10 TX Const.

A) In Re Castro, 998 SW2d 935 - "he was not Advised of right to An atty required By statute - (157.163 Family Code) - therefore VOID proceedings, denied due process."

B) Gonzales, 945 SW2d 831 - 36 - "must Be Advised of right to counsel By court."

C). Greenwell, 159 SW3d 645 - hABeas corpus is criminal - ."

D) Kirk, 199 SW3d 467 - "article 15.17 CCP Advised of rights under 15.17 when "in cust-ody - either in person or - via closed circu-it T.V.."

11) Respondent has denied relator all these legal rights - his ministerial duty, denied due process - as in Castro, SUPRA.

(4)

A) Ross, 108 SCt 2273 - "when one does not recieve all that is allowed By state statutes, due process is denied" Logan, 102 SCt 1148 - Hicks, 100 SCt 2227..

B) Loudermill, 105 SCt 1483-97 - "once a right is confered By statute - it cannot Be deprived SANS - due process safeguards.."

12) Respondent has a ministerial duty mandated By article 1, Section 1 Tx Const to oBey U.S. Sup. Ct precedents.. He refused

A) EichelBerger, 582 SW2d 395 (Tx) - (cites Supremacy clause). "art 1, Sec 1 - Tx Const expressly AcknowledgeS Tx is SUBject to U.S. const, - must follow Supreme LAw of Land, AS controlled By U.S. Supreme Ct..

B) Cooper, 78 SCt 1401-1410 - "our decisions are the Supreme LAw of the land, - BiNDiNG on the states ... OR Judicial officers ignore their article 6, clause 2, 3 OATH to support - enforce them."

(5)

C): _Roper_, 125SCt 1183-1229-"it is this courts prerogative, _ALONE_-, TO _OVERRULE_ its own cases.." _Atkins_, 121SCt 1782-90..

13) _In re Prudential_, 148SW3d 124(TX)-141 "wrongful denial _Jury_ when disputed fact Questions - mandamus- "_PERMANENT_-ly deprive of SUBSTANTial rights." Jury is most _precious_ of rights." _GEN motors_, 951SW 2d at 476 (TX)- _Folk_, 931SW2d 390,- _Rhyne_, 925 SW2d 664-67(TX)

\* _MANDAMUS_ ~~Is~~ _REMEDY_ \*

14): The court of criminal Appeals held in _CULVER_, 105SW3d641- mandamus To Appoint counsel- follow statutes.."
A) _Rosenthal_, 98 SW3d190-(CCA)-"Judge Pol ordered to comply with _mandatory_ st atute (art 36.22 C.C.P-) "pure ministerial duty" _BAnales_, 93 SW3d33(CCA).. _Hill_, 67 SW3d 177-80 (CCA).. at 215 (FTN#43)-"Judges don't enjoy freedom To ignore the law.." _Healy_, 884 SW2d 772-74..

(6)

15) Critical to the HABeas corpus, is that Johnson dis-charged his sentence 19 yrs late - once all good-time is restored. The RetroActiveActive Applicat-ion of 498.0045 GOV Code To him is enormous. See Crown, 251 SW3d 520-523 -

A) Walls, 900 SW2d 171 (7th-Amarillo) - "Final Judgments, confer Vested rights." not violate Art 1, Sect 16 TX Const Per-Art 1, 29 TX const. Dietz, 940 SW2d 86-90 (TX) - (54) ..

B) Trahan, 894 SW2d 113-118 - Const-LAW 110 " Vested rights. By final Judgments - NOT TAKEN AWAY By SUBSEQUENT legislation w/o Just-compensation.." Smith. Vested Rights II." 6 TX L. Rev-609; Hatcher, 894 SW2d 364 (CCA) -

6) Prior MANDAMUS: (7-14-00426) - To use: "Not Obey Rule 52 - To ABORT - "OBSTRUCT" A FUNDA mental right (Access To courts) (JOHNSON, 89 SCt 747 - Wolff, 94 SCt 2963-88 - Hull, 61 SCt, Cruz 92 SCt 313 - prohiBited! Judges TOO!

A) Pro-Se NOT held SAME AS lawyers" PAROUS. 127 SCt 2197-2202 - GAMBle 97 SCt 283 - HAINES 92 SCt 594 (thus these! Void-Cohen 573 SW2d 181 (TX) - Sweed, 195 SW3d 784 - (7) "ONly we can overrule ours"

_See_: Roper. 125 SCt 1183-1229 - _Hatter_ 121 SCt 1183-1229 (pg 6: ABOVE)

B) _Knie_, 23 SW3d 445-61 - "ANY _procedural_ _rule_ Adopted By Sup Ct TX must _Yield_ to state _laws_.." ("_THIS_ court):

7) Consequently, (7-14-06 426) - _VOID_: denial due process per: _Magnen_, 247 F.3d 609-619 N.19 (5th) " if _court_ Acts in _manner_ _inconsistent_ with _our_ process - _VOID_ order." _Brown_, 847.3d 137-43 (5th)

A) _Lassiter_, 101 SCt 2153 - Const-LAW 305-317 - "fundamental _FAIRNESS_ promotes due _Process_"

B) " Judges deny Fundamental fairness - By _not_ _Follow_ _our_ _teachings_.." _LEWIS_, 100 SCt 915 - _Loper_, 92 SCt 1014-32 (SAme): _CRUZ_, 92 SCt 589-92 (SAme): (

C) _CampBell_ (_SOLO_) - _not_ Adhere To _Pardus_, SUPRA, - GAmBle, supra, _Haines_, supra.. - _Roper_, supra, _Hatter_ supra, _Cooper_, supra - (Ps 5: ABOVE "B"). " if _Judges_ ignore _our_ cases they violate article 6 cl 2, 3 oaths": AND violated article 1, Sect 1 - TX const. _Eichelberger_. (pg 5) - " must obey V.S. Sup Ct per art 1, Sect 1.." .. _ministerial_ _duty_ ) JOHNSON - supra _Wolff_, 94 SCt - supra ( "state not OBSTRUCT ACCESS to courts.") _LEWIS_ - supra, _Loper_ - supra.) "overruled - By CampBell )

(8)

D): *In Re Castro*, 998 SW2d 935 - "he was not Advised of right to counsel required By statute - VOID proceedings (court) - denied due process'

8) Relator was not Advised By court [7th] of "right to counsel in criminal" (as with respondent): 26.04 C.C.P, - 15,17 CCP, - 1.051 CC.P.

A) *Ross*, 108 SCt 2273 - "when one does not recieve all allowed By state laws due process denied."

B) "Not Admoished of" dangers - disadvantages of self-representation" - By respondent (WRit pending (Rule 5.05(b) Dis Rule - 8.101 - 3.01): Article 1.051 (g); No WAiver By relator! (met with hearthy laughter!) *

C) No pro-se on criminal Appeale; *Martinez*, 120 SCt 684 (#7-14-00426-writ; "Arose From criminal law" 2014 TX App. - LEXIS - #111746) THUS - "Obstructed Access to courts" By 7th Ct; *JOHNSON* 89 SCt 747 - *Welff*, 94 SCt 2963-88

D) *Martinez* - "must Be oBeyed" per article6 oaths, art 1, Sect 1 - Tx Const, - *Roper*, SuPRA, - *Cooper* SUPRA.. (Denial due process!)

(9) *VOID order #7-14-00426

9) 111.004 (12) Property Code: In Re Columbia 290 SW3d 204-21 (T4) "property interest in legal claims.."

A) HABeas Before respondent, This unit- Vested Property Right: 111.004 (12)..

B) Crain 22 SW3d 58-61- "ANY act taken By a PERSON NOT AN atty - VOID - if it is Unauthorized Pract of law - NO effect.." Rule 5,05 (b) UNAP.LAW - (UPLC, 121 SW3d 831- 837 - (cites 5,05(b) - NO LAYMANS - NO Agencies 81,051 Gov Code.) DC-UNITS disciplinary)

C) TDCJ cases iN HABeas CRIMES - No Jurisdiction 4,01 C.C.P. - 1,08 Penal Code., (NO atty, Jury - ETC) Respondent - as this court. - "Not at freedom to ignore the law." 98 SW3d at 215 #43 - Healy 884 S W2d 177 - ., Respondent - ALLOWS UNITS Unauth Practice LAW 38,123 - (5,05 (b) St Bar

0) Criminal: Presence of Defendant: Article 33,03 C.C.P. - ignored By respondent - this court. Cdu- er, 100 SCt 1708 - Tovar, 124 SCt 1379.,. "ALL"

E) Article .2.10 Duty of MAgistrate! "issue all process To prevent crime, - cause arrest of Off- enders by use all lawful duck means ..."

F) art 3,0 official Misconduct: 39,02 or PENAL Respondent allows UNITS Unauthorized Pract LAW - 38,123 - 38,122 - (crimes) - ANo 5,05 (b) DISCR. See UPLC 121 SW3d 821 *(10)* at 837

10) _DUNN_, 92 SCt 995-1006-" state MAY NOT impose _penalty_ upon those who EXERCISE A right guaranteed By constitution."
(Potter county _HAS_...) _Gore_, 116 SCt 1589- 11 FOR AN agent of, the state to pursue a course of Action whose Objective it is to _penalize_ one for _reliance_ on _legal rights_ is _patently_ UN-constitutional.."

A) "ONCE an _right_ is conferred By statute, it MAY not Be deprived sans due process safeguards." 105 SCt 1483-97-

11) "Units" are _property_ - must get due PROCess! 111.004 (12) Property Code., ALSO of _ALL_ _criminal_ statutes herein: 26.04 CCP, -15.17 C.C.P, - 1.051, - 33.03 CCP, - 2.10 C.C.P, - 4.01 CCP - 1.08 Penal Code etc, etc, etc...

Wherefore, Johnson hereBy moves
1) Court order these:
A) Respondent Appoint counsel - As well As this court (See ABove.) (_ministerial_)..
B) Orders respondent to Bench warrant Relator - criminal - so as to confer with counsel AND 33.03 _Presence_ - .(11). As habeases one CCP

can issue subpoenas - 24.01(D) C.C.P.

C) He must be afforded due process By Judges; Potter County,

D) Order respondent to have unit FILED with clerk - AND copy to D.A - 2.01 CCP (shall) 2.21 Duty, - (shall), -

E) Most importantly issue orders either To respondent to issue orders to TDCJ! "Do not process crimes; NO jurisdiction via VOID - rules" - or this court, - "court refer Respondent St. BAR - Canon 3(D)(2); 3(D)(1)⇒St. Com Judic Conduct

F) Order respondent to Appoint counsel To SERVE - when TDCJ writes a "CRIMINAL LAW" case (2014 TX App - LEXIS 11746) - Johnson In - competent (USMC - PTSD per records) - in Lockup, writes females "Obscene letters" 42.07 Penal Code (13 Yrs lock-up).. Alienated! AND HABeas he has -

G) order respondent to restore all good time (See pg 1: Above) AND HABeas Before respondent - to discharge -19 Yrs late! Clerk To serve respond - ent copy this writ - out - paper (old)! Respectfully take Judicial notice #7-14-10426 (Rule 201 R. EVID

R.Wayne Johnson 287736 9601 SPUR 591 Clement Amarillo TX 79107-9606 Ideclare all is true 28 USC 1746

(12)

Motion order Warden
A&MELAW Library Issue
1-Ream Type paper, - 1 Box-of
(Pens), 1-Box, carbon paper - Relator indigent -
As "Obstructing" Access - fundamental right
with VOID rule 14.09 - GRIEV # 205 079 577
(7-14-2015 Law Lib issue 25 sheets only - (Warden -
"they say you not Justify need more paper,"
                                    (see)? 3-3-2015
must Issue order!

                        3-11-15 supply
(13) DAY requested 50 sheets
     1-pen (refused), To-
     retaliate for steps-
     Above GRIEV -)
     cause 14-3138 (Houston)
     federal - see EP Young-
     Injunction in - (HABeas-
                        2254)

Verified Statement: 28USC-1746
(FOR PRISONER)

1) TDCJ Disciplinary is a Crime - 36.04 to "present Arguement to public Servant who will exercise discretion - with intent to influence - the outcome of the proceedings - (b) Before ANY Agency or court." 36.04 "Improper Influence"

2) VOID Acts." Crain 22SW3d58-61 - (VOID if not Atty -): (Crime 38.123 - 38.122 P. Code: (employees)!! 39.02, 39.03 39.04 P. Code

3) Unlawful Acts Rule: - SV 933 SW 2d1 - 33 (T+) "NO ONE may take Advantage of their own wrongs." Little-page, 984 SW 2d 318-28

4) "Criminal law" 2014 T+ App LEXIS-11746 Atty or WAIVER, to go pro-se - 1.051 (g) C. C. P.

I declare all is true 28USC 1746

Rughers 782756

1 of 1

R.Wayne Johnson 282756
9601 Spur-591 Clements
Amarillo, Tx 79107-9606
Unit

7th:
Court of Appeals
501 S. Fillmore
Amarillo, Tx 79101